Argued March 7—decided March 7, 1967

PARK CONSTRUCTION COMPANY *v.* VIOLET F. KNAPP, EXECUTRIX (ESTATE OF C. STANLEY KNAPP)

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Frederick J. Whelan,* for the appellee (defendant).

*Robert E. Connolley,* for the appellant (plaintiff).

Argued March 7—decided March 7, 1967